# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 30, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

Re:  Larry Scorpio Singletary
v. Texas
No. 14-8033
(Your No. WR-57,804-05)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 02 2015

Abel Acosta, Clerk